UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-cv-00428-D-RN

BADRY S. BADRY ALI,

    Plaintiff,

v.

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, *et al.*

    Defendants.

**ORDER ON PARTIES' JOINT STIPULATION TO REMAND AND ADMINISTRATIVELY CLOSE THIS MATTER WITHOUT PREJUDICE**

## ORDER

Upon consideration of the Joint Stipulation to Remand and Administratively Close this Matter Without Prejudice, and the entire record herein, it is this __7__ day of __October__, 2024,

**ORDERED** that this Joint Stipulation is hereby **GRANTED.**

SO ORDERED.

JAMES C. DEVER III
United States District Judge